No. 473. EL PUEBLO v. AYALA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 23, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. José de J. Tizol.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 462. EL PUEBLO v. PATRÓN, JR.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 29, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Celestino Iriarte.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 16. EL PUEBLO v. LAPORTE.—Apelación procedente de la Corte de Distrito de Guayama. Moción del Fiscal para que se desestime la apelación. Resuelto en octubre 29, 1912. Denegada la moción. Abogado del apelante: *Sr. C. Domínguez Rubio.* Abogado del Pueblo: *Charles E. Foote, Fiscal.*

No. 479. EL PUEBLO v. LORENZO.—Apelación procedente de la Corte de Distrito de Humacao. Moción del Fiscal para sustituir la denuncia que obra en el récord por otra que presenta en copia certificada. Resuelto en octubre 29, 1912. Con lugar la moción. Abogado del apelante: *Sr. Arturo Aponte, Jr.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 894. GONZÁLEZ v. COLLAZO.—Apelación procedente de la Corte de Distrito de Aguadilla. Moción del apelado para que se desestime la apelación. Resuelto en octubre 29, 1912. Denegada la moción. Abogado del apelante: *Sr. Carlos Franco Soto.* Abogado del apelado: *Sres. Reichard & Reichard.*